1

2 **E-Filed 3/18/09**

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**

11

12 MICHAEL R. BERUBE,                              Case Number C 09-127 JF (PVT)

13                          Plaintiff,             ORDER VACATING HEARING SET
                                                   FOR MARCH 23, 2009; GRANTING
14               v.                                MOTION TO DISMISS WITH LEAVE
                                                   TO AMEND; AND DENYING
15 HSBC BANK USA,                                  MOTIONS TO STRIKE AND FOR
                                                   MORE DEFINITE STATEMENT AS
16                          Defendant.             MOOT

17

18                                                 [re:  document nos. 5, 8, 10 ]

19

20          Before the Court are Defendant's motion to dismiss, motion to strike, and motion for

21 more definite statement.  The Court has considered the moving and responding papers.  The

22 Court concludes that the motions are appropriate for disposition without oral argument.  *See* Civ.

23 L.R. 7-1(b).  For the reasons discussed below, the motion to dismiss will be granted with leave to

24 amend and the motions to strike and for more definite statement will be denied as moot.

25                                  **DISCUSSION**

26          Plaintiff, proceeding *pro se*, commenced this action by filing a complaint in the Monterey

27 County Superior Court on October 27, 2008.  Plaintiff alleges four claims arising out of a

28 nonjudicial foreclosure sale that allegedly occurred on April 15, 2008:  (1) untitled claim

1   asserting unlawful nonjudicial foreclosure sale; (2) violation of the federal Fair Debt Collection

2   Practices Act, the California Rosenthal Fair Debt Collection Practices Act, and the Real Estate

3   Settlement Procedures Act; (3) predatory lending practices; and (4) violation of RICO.

4   Defendant filed a notice of removal on January 12, 2009, and filed the instant motions a few days

5   later on January 16, 2009.  Plaintiff filed an omnibus opposition brief on February 27, 2009, and

6   Defendant filed reply briefs on March 6, 2009.

7          On March 16, 2009, the Court issued a Clerk's Notice continuing the hearing date from

8   March 20, 2009 to March 23, 2009.  Also on March 16, 2009, counsel for Defendant contacted

9   the Court and stated that he was not available to attend the hearing on March 23, and suggested

10  several alternative hearing dates to which his motions could be continued.  Court staff attempted

11  to contact Plaintiff at the telephone number provided on his opposition brief, but that number

12  apparently is for a facsimile machine, so Court staff was unable to speak with Plaintiff or leave a

13  message about his availability for a new hearing date.  After reviewing the complaint, the Court

14  concludes that Defendant's motion to dismiss is well taken.  Plaintiff appears to concede that his

15  claims could be pleaded more clearly.  Accordingly, rather than delaying adjudication of the

16  motion while it makes further attempts to contact Plaintiff, the Court decided to submit the

17  matter without oral argument and grant the motion to dismiss with leave to amend.  In light of

18  this disposition, the motions to strike and for more definite statement will be denied as moot,

19  without prejudice to their renewal if appropriate if and when Plaintiff files an amended

20  complaint.

21                                        **ORDER**

22      (1)    The motion hearing set for March 23, 2009 is VACATED;
        (2)    Defendant's motion to dismiss is GRANTED WITH LEAVE TO AMEND; and
23      (3)    Defendant's motions to strike and for more definite statement are DENIED AS
               MOOT.

24

25  DATED:  3/18/09

26                                          _____
                                            JEREMY FOGEL
27                                          United States District Judge

28

                                            2

1    Copies of Order served on:

2

3    Dean A. Christopherson      dac@calaw.com

4    Michael R. Berube
     PO Box 356
5    Carmel Valley, CA 93924

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 09-127 JF (PVT)
ORDER VACATING HEARING SET FOR MARCH 23, 2009 ETC.
(JFLC2)