**E-Filed 5/14/09**

1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**

11

| | |
|---|---|
| 12  MICHAEL R. BERUBE, | Case Number C 09-127 JF (PVT) |
| 13                    Plaintiff, | ORDER RE CASE SCHEDULE |
| 14        v. | |
| 15  HSBC BANK USA, | |
| 16                    Defendant. | |
| 17 | |

18      On March 18, 2009, the Court dismissed Plaintiff's complaint with leave to amend.

19 Plaintiff has not filed an amended complaint. Plaintiff is granted until May 29, 2009 to file an

20 amended complaint; if he does not file an amended complaint by this date, this action will be

21 DISMISSED without prejudice for failure to prosecute.

22      The Initial Case Management Conference is CONTINUED from June 5, 2009 to August

23 7, 2009 at 10:30 a.m.

24      The deadline for meet and confer re initial disclosures and related issues, to file ADR

25 certification, and to select an ADR process, is CONTINUED from May 15, 2009 to July 17,

26 2009.

27      The deadline for filing a Rule 26(f) report and related documents, and to file a joint Case

28 Management Statement, is CONTINUED from May 29, 2009 to July 31, 2009.

1    IT IS SO ORDERED.

2

3

4

5

6

7    DATED:  May 14, 2009

8    _____

9    JEREMY FOGEL
     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 09-127 JF (PVT)
ORDER RE CASE SCHEDULE
(JFLC2)

1    Copies of Order served on:

2

3    Dean A. Christopherson      dac@calaw.com

4    Michael R. Berube
     PO Box 356
5    Carmel Valley, CA 93924

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 09-127 JF (PVT)
ORDER RE CASE SCHEDULE
(JFLC2)