**E-Filed 7/16/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL R. BERUBE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HSBC BANK USA,<br><br>　　　　　　Defendant. | Case Number C 09-127 JF (PVT)<br><br>**ORDER VACATING HEARING DATE , TAKING MOTIONS UNDER SUBMISSION WITHOUT ORAL ARGUMENT, AND SUSPENDING OTHER PRETRIAL DEADLINES**<br><br>[re:  document nos. 29 & 30] |

On June 16, 2009, Defendant filed motions to dismiss and to strike.  Both motions were noticed for hearing on July 24, 2009.  Pursuant to Civil Local Rule 7-3(a), Plaintiff was required to file opposition twenty-one days before the hearing date–in this case, July 3.  Plaintiff did not file opposition, timely or otherwise.  Having reviewed the complaint and the moving papers, the Court deems this matter suitable for determination without oral argument pursuant to Civil Local Rule 7-1(b).  According, the pending July 24 hearing date will be vacated.  In addition, all deadlines and other obligations prescribed by the Court's scheduling order (Docket No. 24) are suspended until further notice.

**IT IS SO ORDERED.**

Case No. C 09-127 JF (PVT)
ORDER VACATING HEARING DATE, ETC.
(JFLC3)

1  DATED: 7/16/09

   _____
   JEREMY FOGEL
   United States District Judge

Case No. C 09-127 JF (PVT)
ORDER VACATING HEARING DATE, ETC.
(JFLC3)

1 | Copies of Order served on:
2 |
3 | Dean A. Christopherson    dac@calaw.com
4 | Michael R. Berube
  | PO Box 356
5 | Carmel Valley, CA 93924
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

3

Case No. C 09-127 JF (PVT)
ORDER VACATING HEARING DATE, ETC.
(JFLC3)