**E-Filed 7/20/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL R. BERUBE,<br><br>           Plaintiff,<br><br>    v.<br><br>HSBC BANK USA,<br><br>           Defendant. | Case Number C 09-127 JF (PVT)<br><br>**ORDER[1] GRANTING MOTION TO DISMISS**<br><br>[re: document no. 29] |

On June 16, 2009, Defendant filed motions to dismiss and to strike. Both motions were noticed for hearing on July 24, 2009. Pursuant to Civil Local Rule 7-3(a), "[a]ny opposition to a motion must be served and filed not less than 21 days before the hearing date." Subsection (b) provides further that "[i]f the party against whom the motion is directed does not oppose the motion, that party *must* file with the Court a Statement of Nonopposition within the time for filing and serving any opposition." Civil Local Rule 7-3(b) (emphasis added). Plaintiff thus was required to file opposition or a statement of non-opposition by July 3, 2009. Plaintiff has not filed opposition to the motion, timely or otherwise, and has not filed a statement of non-opposition. Plaintiff therefore is deemed to have consented to the granting of the motion. In

---

[1] This disposition is not designated for publication in the official reports.

addition, the Court has reviewed the allegations of the complaint and the arguments presented in the motion to dismiss, and finds the arguments persuasive. Accordingly, the action will be dismissed with prejudice. Judgment shall be entered for Defendant and the clerk shall close the file.

**IT IS SO ORDERED.**

DATED: 7/20/09

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 09-127 JF (PVT)
ORDER GRANTING MOTION TO DISMISS
(JFLC3)

1 | Copies of Order served on:

3 | Dean A. Christopherson    dac@calaw.com

4 | Michael R. Berube
PO Box 356
5 | Carmel Valley, CA 93924

Case No. C 09-127 JF (PVT)
ORDER GRANTING MOTION TO DISMISS
(JFLC3)