**E-Filed 7/20/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL R. BERUBE, | Case Number C 09-127 JF (PVT) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| HSBC BANK USA, | |
| Defendant. | |

Defendant's motion to dismiss having been granted as to all claims, IT IS ORDERED AND ADJUDGED that Plaintiff shall take nothing and that the action be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: 7/20/09

_____
JEREMY FOGEL
United States District Judge

Case No. C 09-127 JF (PVT)
JUDGMENT
(JFLC3)

1 | Copies of Order served on:

2 |

3 | Dean A. Christopherson     dac@calaw.com

4 | Michael R. Berube
  | PO Box 356
5 | Carmel Valley, CA 93924

6 |

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Case No. C 09-127 JF (PVT)
JUDGMENT
(JFLC3)